IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01764-REB-MJW

JONATHAN ROWE, Ph.D.,

Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAS V. LAZARIDIS, Ph.D., and
GERALD J. VARDZEL, JR.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that both Defendants' Unopposed Motion for Extension/Stay of Proceedings (docket no. 14) and Defendants' Clarified Unopposed Motion for Extension of Proceedings (docket o. 13) are both DENIED. Defendants' counsel, Kenneth I. Friedman, who filed both of the above motions, is not admitted to practice before the United States District Court for the District of Colorado.

Date: August 18, 2010