IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01764-REB-MJW

JONATHAN ROWE, Ph.D.,

Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAS V. LAZARIDIS, Ph.D., and
GERALD J. VARDZEL, JR.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Pro Se Defendant Alfred C. Pollock, III's Motion to Stay and/or Extension of Time (docket no. 24) and the Pro Se Defendant Nikolaos V. Lazaridis, PhD.'s Motion for Stay and/or Extension of Time (docket no. 28) are both **DENIED** for the following reasons.

Staying discovery pending the outcome of motions determining preliminary matters raises issues "of pretrial management and judicial efficiency that fall within the court's discretion." Greeley Pub. Co. v. Hergert, 233 F.R.D. 607, 612 (D. Colo. 2006). In String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 (D. Colo. Mar. 30, 2006), former Magistrate Judge Coan applied the following analysis, in which she weighed the following interests: "(1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to plaintiff of a delay; (2) the burden on the defendants; (3) the convenience to the court; (4) the interests of persons not parties to the civil litigation; and (5) the public interest." Id. at *2 (citing FDIC v. Renda, 1987 WL 348635 *2 (D. Kan. 1978)).

After taking into consideration those factors listed above, this court finds that the interest of justice requires that this case go forward with discovery. Defendants have failed to demonstrate an undue burden or expense. Moreover, Plaintiff would be prejudiced by a stay in discovery since this case is set for a Rule 16 Scheduling Conference on November 1, 2010, at 9:30 a.m. Furthermore, there has been no evidence presented to suggest that any prejudice to any third party would be incurred if discovery goes forward. Lastly, it is in the public interest to resolve civil disputes quickly and timely.

Date: September 21, 2010