IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01764-REB-MJW

JONATHAN ROWE, Ph.D.,

Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAS V. LAZARIDIS, Ph.D., and
GERALD J. VARDZEL, JR.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Plaintiff's Motion for Disclosure of Assets (docket no. 5) is DENIED. Plaintiff has cited no legal authority for the relief requested and Plaintiff has not complied with D.C.COLO.LCivR 7.1A. Moreover, this case is set for a Rule 16 Scheduling Conference on November 1, 2010, at 9:30 a.m. before Magistrate Judge Watanabe. See docket no. 32. At the Rule 16 Conference, Magistrate Judge Watanabe will address all issues concerning discovery in this case.

Date: October 19, 2010