**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01764-REB–MJW

JONATHAN ROWE, PhD,

    Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAS V. LAZARIDIS, PhD., and
GERALD J. VARDZEL, JR.

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Defendant's Motion For Stay and/or Extention** [sic] **of Time** [#66] filed November 15, 2010. The motion is **DENIED** as moot. In its **Order Granting Motions To Dismiss and Granting Motions To Compel Arbitration** [#63] entered November 10, 2010, the court granted the motions to dismiss filed by certain defendants, granted their motions to compel arbitration, and closed this case administratively.

    Dated: November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.